# UNITED STATES DISTRICT COURT

for the

District of Alaska

Civil Right Division

RECEIVED
MAR 09 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Aloskan Black Diplomat
L. J Stansberry NAACP Lawyer
F.P.D Plaintiff(s) 272-8717

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Alaska Law Office Rex L Butler CNN News Anch Police Dept Breach of Trust Attorny Damages 272-1491
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________
*(to be filled in by the Clerk's Office)*

Under 42 USC 1983 Legal Complaint For Miscarriage of Justice Attorney Violated Mr Stansberry Exoneration Pardon Hearing Review By U.S Attorney General Merrick Garland on Date 15 March 2022 Time 1130

United States Supreme Court Defaults To Adjudication Decision, To Restoring Alaska Prisoner RFD's

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

Court Clerks Please sent Mail To Ombudsman 269-5291
Federal Clerk To Sent Complaints To NAACP 272-8717

**NOTICE**

State 3AN-17-07947CI

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis. Pro-Diplomat L J Stansberry File Motion To Rescind The Civil Right Predator Rex L Butler To Settled APD Kille The Blackman Case of 2019 Municipality of Anchorage

1 of 11

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lee Roy I Stansberry

All other names by which you have been known: Darryl L Jones NAACP.

ID Number: 272-8717 IRS Tax 30782

Current Institution: 9416 Ombudsman Staf 269-5291

Address: 1500 W Benson Blvd

Anchorage AK 99503

City State Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Law Office of Rex L Butler

Job or Title *(if known)*: Alaska Shyster Lawyer

Shield Number:

Employer: Alaska Bar Association Lawyer

Address: 907-272-0352 Director Ms

745 W. 4th Ave Anch 99501

City State Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: State of Alaska Court

Job or Title *(if known)*: Dirtbag Favoritism

Shield Number: Review By Govs Michael

Employer: J Dunleavy, Pamela S

Address: Washington, Jeremen Walker

825. W. 4th Ave AK 99501

City State Zip Code

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Law Attorney Megan M
Job or Title *(if known)*: Rowe, 907519-1595 Court
Shield Number: Appointed OPA 269 3500
Employer: Alaska Legal Drafing
Address: 3705 Arctic Blvd
Box. 2 Anch, AK 99503.
City State Zip Code

[X] Individual capacity [X] Official capacity

Defendant No. 4

Name: My Federal Witness Bruce Johnson
Job or Title *(if known)*: Federal Public Defender at
Shield Number: 907-646-3400 E Mark 283-5660
Employer: Federal Criminal Justice Violations
Address: 425, G Street Suite 800
Anchorage AK 99501
City State Zip Code

[X] Individual capacity [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Legal Complaing For Criminal Justice Witness Court Mail Phone Tampering By Bureau Johnson 6463400

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

On 2005 Federal Officer Johnson Violated Mr. Stanberry 6th Amendment Right Legal Witness Defense Telephone Reporter In 2019

B

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

2022 Federal Police Detective Mr Johnson acts of Federal Court Witness Fraud To False Convicted Mr Stansberry Political Threats To Govs Dunleavy To Settled For $5 Million Dollars

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Alaska Political Prisoner By PO May custody reporter 27600

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

2022 Mr Stansberry Legal Facts of Rex L. Butler Stereotype Letter As Sexual Offense or Pedophile For over 17 years of Endured Abuses

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Alaska court miscarriage of Justice Violation is supported By Rex L. Butler Crooked Police Activist For over 35-years

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

My Legal Complaint For Breach of Attorney Trust Claim to Setted $9.5 Million Dollars

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Alaska Superior Court Judgers Allow Civil Right Dirtbag to Violated Mr Stansberry Legal Trial Attorney Defense Actions To Dismissed False Police Victim Reporter In 2003 To 2022 March 1th A-13291

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Complaint For Attorney Defaults 03-01-2022 Mr Stansberry Claim of Defense Attorney Injuries Defaults of Rex E Butler Acts To Betrayed Lee Roy Jeffrey Stansberry 59' Legally Telephone Reporter By Sherman Jones In 2005 To 2019

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Complaint For Criminal Appeal Violated Filed On 1th March 2022 Mr Stansberry Legal Request For Criminal Appeal Fraud Relief Indicement For Govs Michael J Dunleavy File Executive Appeal Scam A-13291 In 2019 April With Help Fleur L Roberts & Dan R Crosby & Pameta S Washington & Dan Sullivan In 2019 July A-13291

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [x] No

D.O.C Staff Delivery Unlawful Attorney Letter Mail Misinformation To CO. P.O. Supts PCR Case

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Alaska Dept of Correctional Staff CO Are Soliciting Unlawful court Attorney Mail Fraud Slander

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [x] No
- [x] Do not know

Alaska Dirtbag Lawyer Handbooks To Misleading Inmates Lying To File An Police Grievance To Benefit The DA Case Fraud Reporter

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [x] No
- [x] Do not know

The Federal Public Lawyer Are Trying To Removel Jail Recourse Lawyer Rules of False P.O Custody Issues

If yes, which claim(s)?

My Legal Claim For Anchorage Daily News Reporter To People Hearing of Alaskan Prisoner Are Being Gaslighting By Dirtbag Public Defender Lawyer In My Case of 3AN17-00947CR

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [X] Yes — I Doe File Jail House Dealice Claim For Slaves Wages 50¢ A Houre or $1.50 Houre
- [X] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [X] Yes — I File complaint of Lost Wages $30.000 Thousand Dollars With Office of Victims Rights Attorney In 2017 To 2022 Claim of Attorney Thefts
- [X] No

E. If you did file a grievance:

1. Where did you file the grievance?

   I Have Asked The Federal Court Attorney To Please Calls The OVR 754-3400 & Ombudsman Staff 269-5291 & NAACP 272-9717

2. What did you claim in your grievance?

   My Legal complaint For DOC Mental Health Trick Bag Tactic To Shaming Me & Misdiagnosis Abuse over 10-Years

3. What was the result, if any?

   N/A Lies Alaska Court Attorney Blackmail Result For 14-Years Do Technicality To Breach of Trust Custody Release

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Alaska Criminal Appeal Defaults of D A [illegible]

   D.O.C Supts Trick Bag Custody Hold Tactic To Interrogate Mr Stansberry

7

F. If you did not file a grievance:

at 269-0900

1. If there are any reasons why you did not file a grievance, state them here:

ACCW. SCCC, ACCC, GCCC
My Reasons Not Legal Court Legeition Hearing Review By Jail House Lawyer or Dire has Administrative Police Activise Rev. L Butler 2721491

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

My Legal Complaint To Rescind DOC Administrative Lawyer Rev L Butler From Gaslighting Blackmen Injustice Public Hearins

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

We The Alaskan Prisoner LS1 Request To Stop Public Defender From Gaslighting Case of Dire Here Charges

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury," 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☐ No

2009 Seattle Federal Court Judicial Bribery Technicality of Mark Osterman File Motion To Betrayed Mr. Stansberry Freedom For Money

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Please call: Jay. S6 206 553-1100 or Mark Osterman 907-283-5660

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes Alaska Federal Judge Timothy M. Burgess
- [x] No Allow Mark Osterman File Motion of Breach of Court Judgement of 5. Million

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Alaskan Diplomat Lee Roy J Stansberry

   Defendant(s) Alaska Law Office Rev. L Butler at 907-272-1497 Key Play Sherman Jones

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Calls Sherman Jones at 907-272-1497

3. Docket or index number Under 28 USC 2254, 55 I LeRoy File Claim For Habeas Corpus Relief From State Court Police Fraud

4. Name of Judge assigned to your case

   U.S District Judge Timothy M. Burgess

5. Approximate date of filing lawsuit

   The Alaska Cops Political Bribery Review By U.S Dept of Justice

6. Is the case still pending?

   - [x] Yes
   - [x] No No-Adjudication Hearins

   If no, give the approximate date of disposition. No-Cunback Agreed. By Mark 283-5660

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   2002 Federal Court Buddy Systems With Rev. L Butler. Megan M Rowe 519-1595 Daryl L Jones Pamela S Washington $ 9.5. Million Dollars Payoffs

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Federal Public Defender Lawyer at 206-553-1100

☒ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Le Roy J. Stansberry Claim

   Defendant(s) State of Alaska Dirtbag Court Systems 2003 To 2022

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S District court Judges Timo Sighton VS Alaska Superior court Rule of Dirtbag Lawyer Herman Walker Jr

3. Docket or index number

   Superior court Case 3AN-17-07947 CI

4. Name of Judge assigned to your case

   State Judges Walker Jr. & Fed Judges Burgess

5. Approximate date of filing lawsuit

   Cops Dunleavy Agree To Deposition Fraud on Oct, 2021 A-13291

6. Is the case still pending?

   ☒ Yes

   ☐ No

   U.S Attorney General Merrick Garland To Approved Official Pardon

   If no, give the approximate date of disposition Mr. Stansberry 03-01-22

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   1th March, 2022 The Federal Court Judgements To Bribery Deal With Rev. L. Butler & Natash Norris 222-4771 Dwayl L Jones To Agreed To $ 9.5 Million Dollars Pay off. For Mark Ost 283-5660

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03-01-2022 SSN. Redacted

Signature of Plaintiff: By Lee Roy J Stansberry

Printed Name of Plaintiff: Lee Roy Jeffrey Stansberry

Prison Identification #: Alaskan Political Prisoner Diplomat

Prison Address: Anchorage Correction Complex West 1300 E 4th Ave AK 99501

City State Zip Code

### B. For Attorneys

Date of signing: 03-01-2022.

Signature of Attorney

Printed Name of Attorney: Darryl L. Jones at OVR 754-3460

Bar Number

Name of Law Firm: Law Office Breach of Attorney Trust

Address: 745 W. 4th Ave Ste 300 Anch AK 99501

City State Zip Code

Telephone Number: Civil Right Attorney Violated

E-mail Address: By Rev. L. Butler 272-1497

All civil Rights Police Injury